**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 26-6275**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LARRY BARNES, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:20-cr-00002-HEH-1)

Submitted:  June 18, 2026                    Decided:  June 24, 2026

Before GREGORY and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Larry Barnes, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Barnes, Jr., appeals the district court's order denying his renewed 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. We conclude that the district court correctly found that Barnes is ineligible for relief under Amendment 821 because his sentence was governed by the mandatory minimum sentences, not his criminal history score. Accordingly, we affirm the district court's order. *United States v. Barnes*, No. 3:20-cr-00002-HEH-1 (E.D. Va. Feb. 5, 2026). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*